UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| TERRIA MCKNIGHT, PARENT OF JAREL MCKNIGHT, | Case No. 3:15-cv-00614-MMD-CBC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| LYON COUNTY SCHOOL DISTRICT, | |
| Defendant. | |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. (ECF No. 60.) This Court certifies that Plaintiff's appeal from its order (ECF No. 54) is not frivolous and her *in forma pauperis* should continue on appeal.

DATED THIS 24th day of October 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE